Feb. 2, 2015

PD-1291-14

14-520-CR

FILED IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS

2015 FEB -5 AM 11: 50

KEITH E. HOTTLE, CLERK

Keith E. Hottle, Clerk

Fourth Court of Appeals

300 Dolorosa, Suite 5200

San Antonio, Texas 78207


RE: Motion to Prohibit Statements or Reports of

States Witness

Style: State of Texas V. Steven M. Gary

Case No. 2014 CR2945

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 12 2015

Abel Acosta, Clerk

Keith E. Hottle, Clerk:


Can you please file this motion on my behalf. Thank-you Sincerely.


Respectfully Submitted.


c.c. To Criminal Court of Appeals of Texas. Bexar County District Attorney. Bexar County District Clerks office, ATTN: 175th District Court


P.S. This motion has been filed since June 2014 and has not been heard as of yet, this is why I am asking this court to intervene.

State of Texas                CASE NO. 2014 CR 2045    IN THE DISTRICT COURT

vs.                                                    175th Judicial District

Steven M. Gary                                         Bexar County, Texas

FILED 2015 FEB -5 AM 11:50 IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS

## MOTION to Prohibit Statements or Reports of States Wittness

TO Honorable Judge of Said Court:

Comes Now Steven Mitchell Gary Defendant, and brings this motion to prohibit State from attempting to Introduce Written Statements or Reports of States Wittness and In Support will show:

1. For cause, the Defendant would show that an offer of such documents by the attorney for the State would substantially prejudice the Rights of Defendant. Defendant desires to obviate the need to object In the Presence of the Jury to such offer.

2. To Determine the Credibility of States wittness, To Test the Remembrance of the alleged Crime, the Bad Charector of wittness, Inconsistant Statements, Past Convictions of Crimes of Moral Terpitude.

3. The fact the Complaintant has Recused herself by filing an affidavit of NON PROSECUTION, and on October 13, 2014 In Courtroom 175 has further asserted to prosecution her *unwillingness to prosecute or Testify.

WHEREFORE, PREMISES CONSIDERED, Defendant Prays that the Court order the State's attorney to submit to a hearing on this cause before trial, and of the admissibility of any such Document.

Steven M. Geary
Respectfully Submitted
Steven Mitchell Gary
No. 900827
200 N. Comal BG 25
San Antonio, Texas 78207

1/28/15
IMELDA FIGUEROA
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 02-11-2015

## Certificate of Service

I hereby certify that a copy of the above and foregoing Document was delivered to the District Attorneys office, On Tuesday January 20, 2015 by United States Postal Services.

Steven M. Geary
Steven Mitchell Gary

# ORDER

ON _____, 2015, came on to be
considered Steven Mitchell Garye Motion for Pre-
Trial Hearing to Prohibit Statements or Reports
from States Wittness, and Said Motion is hereby

(GRANTED)          (DENIED)

_____
Judge Presiding.